UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
XL-CARE AGENCY, INC.,

                Plaintiff,

                          **MEMORANDUM**

    - v -

                          CV-05-5214 (DGT)(VVP)

UNICARE LIFE & HEALTH INSURANCE
CO., INC.,

                Defendant.
------------------------------------------------------------x

       The court having reviewed the letter submitted by the plaintiff dated January 13, 2006 and the authorities cited there, including *Romney v. Lin*, 94 F3d 74, 78 (2nd Cir. 1996) and *I.V. Services of America, Inc. v. Trustees of American Consulting Engineers Council Ins. Trust Fund*, 136 F.3d 114, 117 (2nd Cir. 1998), the court concludes that the claims in this case are properly brought by the plaintiff, as assignee of a beneficiary of a welfare benefit plan governed by ERISA, and raise a federal question such that this court has subject matter jurisdiction to determine the controversy.

                                              *Viktor V. Pohorelsky*
                                       VIKTOR V. POHORELSKY
                                       United States Magistrate Judge

Dated:   Brooklyn, New York
           February 3, 2006